No. 91–7094. RICHMOND *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Motion of

petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 